UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE JOHNSON | CIVIL ACTION |
| VERSUS | NUMBER: 13-6544 |
| CAROLYN COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "E"(5) |

ORDER ON MOTION
MAY 22, 2014

APPEARANCES:

MOTION:

(1)     Plaintiff's Motion to Strike (Rec. doc. 16).

_____ :     Continued to

_____ :     No opposition

_____ :     Opposition

ORDERED

_____ :     Dismissed as moot.

_____ :     Dismissed for failure of counsel to appear.

       :        Granted.

   1   :        Denied.  A motion to strike is generally disfavored as an extreme remedy, *Pigford v. Veneman*, 225 F.R.D. 54, 58 (D. D.C. 2005), and can be directed only at "pleadings", of which motions for summary judgment and the memoranda supporting them are not.  *Ranch Realty, Inc. v. DC Ranch Realty, LLC*, 614 F.Supp. 2d 983, 986 n. 1 (D. Ariz. 2007); *Petaway v. City of New Haven Police Dept.*, 541 F.Supp. 2d 504, 507 (D. Conn. 2008); *Natural Resources Defense Council v. Kempthorne*, 539 F.Supp. 2d 1155, 1161-62 (E.D. Cal. 2008).

       :        Other.

                                      MICHAEL B. NORTH
                                 UNITED STATES MAGISTRATE JUDGE