UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE JOHNSON, | CIVIL ACTION |
|    Plaintiff | |
| VERSUS | NO. 13-6544 |
| SOCIAL SECURITY ADMINISTRATION, | SECTION "E" |
|    Defendant | |

### ORDER AND REASONS

This case arises out of Defendant's allegedly improper recovery of benefit overpayments from Plaintiff Theodore Johnson, who is proceeding pro se. Pursuant to the Magistrate Judge's order,[1] the parties filed cross-motions for summary judgment. Defendant's motion was filed several days after the date set by the Magistrate Judge's Order.[2] Plaintiff moved to strike Defendant's motion for summary judgment as untimely.[3] The Magistrate Judge denied the motion to strike.[4] Plaintiff now seeks review of the Magistrate Judge's order denying the motion to strike.[5] Defendant has filed a response.[6]

Plaintiff contends that the motion to strike should have been granted because Defendant (1) failed to file an answer and (2) filed its motion for summary judgment late.[7] First, Defendant filed its answer on February 26, 2014.[8] Second, the Court finds

---

[1]    R. Doc. 10.
[2]    R. Doc. 15.
[3]    R. Doc. 16.
[4]    R. Doc. 17.
[5]    R. Doc. 18.
[6]    R. Doc. 20.
[7]    R. Doc. 18 at 1-2.

no error in the Magistrate Judge's conclusion that a motion to strike a slightly late dispositive motion is an extreme and inappropriate remedy. Plaintiff has not articulated any prejudice from the slight delay. And Plaintiff is entitled to the same flexibility; the Court would not strike his motion "if plaintiff had filed one day late."[9]

Accordingly, the appeal of the Magistrate Judge's order denying Plaintiff's motion to strike is **DENIED.**

New Orleans, Louisiana, this 24th day of June, 2014

                                               _____
                                               SUSIE MORGAN
                                               UNITED STATES DISTRICT JUDGE

---

[8]    R. Doc. 8.
[9]    R. Doc. 18 at 2.